UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD JORDAN,

    Plaintiff,

v.

XEBEC GROUP, LLC,

    Defendant.
_____/

Case No. 17-10646

Hon. John Corbett O'Meara

## ORDER GRANTING MOTION
## TO COMPEL CREDITOR'S EXAMINATION

Before the court is Plaintiff's motion to compel the creditor's examination of Andrew Massaro, the chief executive officer of Defendant Xebec Group, LLC. No response has been filed. As a judgment creditor, Plaintiff is entitled to discovery pursuant to Federal Rule of Civil Procedure 69(a)(2).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to compel the creditor's examination of Andrew Massaro is GRANTED.

IT IS FURTHER ORDERED that Mr. Massaro shall attend a creditor's examination at a date and time agreeable to the parties, within fourteen days of the date of this order.

Date: May 23, 2018

s/John Corbett O'Meara
United States District Judge

I hereby certify that on May 23, 2018, a copy of this order was served upon the parties of record using the ECF system and/or first-class U.S. mail.

s/William Barkholz  
Case Manager